# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *   *
OMNICELL, INC. ,                    *
                                    *
                                    *
              Protestor,            *
                                    *   No. 20-7410C
v.                                  *   Filed: August 13, 2020
                                    *
UNITED STATES,                      *
                                    *
              Defendant.            *
                                    *
* * * * * * * * * * * * * * * * *   *
```

### O R D E R

    On August 13, 2020, defendant filed a notice indicating that the Army cancelled the Irwin Solicitation, Solicitation No. W81K0020Q0131. Also on August 13, 2020, the court held a hearing with the parties. At the hearing, the parties agreed that protestor's bid protest was moot in light of the Army's cancellation. Therefore, the above captioned bid protest is **DISMISSED**. The Clerk's Office shall enter judgment consistent with this Order.

    **IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**
